Federal court of the Northern District of new york
Binghamton Division

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB - 7 2024
AT ___ O'CLOCK
John M. Domurad, Clerk - Binghamton

David Cilettieri
Plaintiff

-against-

23-cv-1597

Jenelle Brigueul
Defendant

amend

The plaintiff moves to amend the complaint since there Is a Title 42 U.S.C. 1885. IF the plaintiff must add the two addition co-conspiraye Paul E. Bonanno and Maeve E Huggins with Is at 2 Niagara square Buffalo NY, 14202, then so Be It and a cause of action For Bivens.

Biven Is to Be like Title 42 1983 only For the Federal side, tampering with a witness Is a violation of the sixth anendment to Be able to have a testimony In the plaintiff Favor.

"Federal officers may be sued under 1985(1) and 1985(3), IF the complaint alleges racial discrimmation," alvarez v Wilson, 431 F.Supp.136

"Federal officals are considered 'persons' within the meaning of 42 U.S.C.S. 1485(3). Further, the statue Is not Limited to racial discrimnation But Includes any 'class-Based Individually discriminatory animus,'" Founding Church of

Scientology, Inc v Director of FBI, 454 F. Supp. 788

So with that the conspiracy Between Maeve Eileen Huggins, Paul E Bonanno, and Jenelle Brigueul In which Deprived having a witness by the name of Brent Rusch testifiy at trial In which under the equal protection Laws Because the plaintiff Is Legally disabled and Is In a "class of one", which the overt act had made the witness Not testifiy and Injury the plaintiff by person and property Because It had Pretanded to the Illegal Search and seizere that Is In civil case 23-cv-1094. Which that does have Five State actors In It. Micheal Hockmate, eric Schmidt, Benjamain Hurting, Bradly Mygunnis and a New York State tropper. Which In turn Is now satified by having the state actors.

"42 U.S.C.S. 1985(3) and 1986 apply to Federal officers acting under color of Federal Law at Least where the conspiracy Is motivated," Peck v United States 470 F. Supp 1003

Peck does take about a Joint conspiry with State officials In which can subject Federal agents to It which case 23-cv-1094 show that Joint conspiry and not all people need to know.

"The agreement to Conspire need not to Be Shown to have Been explicit. It can Instead Be Inferred Facts and circumstances of the case," Iannelli v United States, 420 U.S. 770.

So with the Facts of 23-cv-1094 the people that have Been mentioned conspired to cover up the misconducted that they did on the Illegal search and seziure

to the plaintiff, Therefore a vaild claim Is Being stated In the matter.

The plaintiff will also Note that unless the people name are going to Be personally Liable then It doesn't matter on the caption For defendants since the government will Be paying for their mistakes. In which to Be honest the people Listened should pay For their own lawyers and whatever can Come to the case.

Thank you,

[signature]

David Cole Hiers

Sworn To Before Me This 30th Day of January 2024

[signature]

DEREK KRATTS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KR0016367
Qualified in Niagara County
Commission Expires November 13, 2027

David Lettieri
5526 Niagara street
Lockport, NY 14095

BUFFALO NY 140
5 FEB 2024 PM 1 L




Courtofclerks
15 Henry street
Binghamton, NY 13901

13901-272399